FILED
RICHARD W. NAGEL
CLERK OF COURT

2020 JUN 29 PM 3:53

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>DEMETRIUS E. BRAXTON<br><br>Defendant. | CASE NO. 2:20-cr-99<br><br>JUDGE Morrison<br><br>INFORMATION<br><br>18 U.S.C. § 2<br>18 U.S.C. § 924(c)(1)(A)(i)-(ii)<br>18 U.S.C. § 1951(a)<br>FORFEITURE |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
(Interference with Commerce by Robbery)

1. At all times material to this Information, Lev's Pawn Shop, located at 2600 Morse Road, Columbus, Ohio, was engaged in commercial activities in and affecting interstate commerce, that is, Lev's Pawn Shop intended to purchase and did purchase items made by manufacturers and producers outside the State of Ohio, which items moved and were to move in interstate commerce from outside the State of Ohio for use and sale by Lev's Pawn Shop within the State of Ohio.

2. On or about March 5, 2020, in the Southern District of Ohio, the defendant, **DEMETRIUS E. BRAXTON**, and others known and unknown to the United States, did knowingly and unlawfully obstruct, delay, and affect interstate commerce, and the movement of articles and commodities in such commerce, by robbery, in that **DEMETRIUS E. BRAXTON**,

and others known and unknown to the United States, unlawfully took and obtained property, including firearms, jewelry, and United States currency, from the presence of store employees and against the employees' will by means of actual and threatened force, violence, and fear of injury, immediate and future, to their person, by robbery of the employees and store at gun point.

In violation of 18 U.S.C. § 1951(a) and 18 U.S.C. § 2.

## COUNT TWO
### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Crime of Violence)

3. On or about March 5, 2020, in the Southern District of Ohio, the defendant, **DEMETRIUS E. BRAXTON**, and others known and unknown to the United States, did knowingly use, carry, and brandish one or more firearms during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, interference with commerce by robbery, in violation of 18 U.S.C. § 1951(a), as alleged in Count One of this Information.

In violation of 18 U.S.C. §§ 924(c)(1)(A)(i)-(ii) and 18 U.S.C. § 2.

## FORFEITURE ALLEGATION

4. The allegations contained in Counts One and Two of this Information are re-alleged and fully incorporated by reference herein for the purpose of alleging forfeitures to the United States, pursuant to 18 U.S.C. § 924(d)(1), 18 U.S.C. § 981(a)(1)(C), and 28 U.S.C. § 2461(c).

5. Upon conviction of any offense alleged in Counts One and Two of this Information, the defendant, **DEMETRIUS E. BRAXTON**, shall forfeit to the United States, pursuant to 18

U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in such offense, including but not limited to the property listed below.

6. Upon conviction of any offense alleged in this Information in violation of 18 U.S.C. § 1951, the defendant, **DEMETRIUS E. BRAXTON**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C), any property, real or personal, constituting or derived from proceeds traceable to such offense, or a conspiracy to commit such offense, including but not limited to the property listed below.

| DESCRIPTION | SERIAL NO. |
|---|---|
| HS Products manufactured, model XD 9, 9mm caliber, semi-automatic pistol | US966569 |
| NEF manufactured, model R73, .32 caliber, revolver | NF022260 |
| Israel Weapon manufactured, model Desert Eagle, .40 caliber, semi-automatic pistol | 107872 |
| Kel-Tec manufactured, model P3AT, .380 caliber, semi-automatic pistol | L3C69 |
| Smith & Wesson manufactured, model 59, 9mm caliber, semi-automatic pistol | A541924 |
| Jimenez Arms manufactured, model J.A. Nine, 9mm caliber, semi-automatic pistol | 411827 |
| Ruger manufactured, model SR40, .40 caliber, semi-automatic pistol | 342-60253 |
| Charles Daly manufactured, model 1911, .45 caliber, semi-automatic pistol | CD010116 |
| Taurus International manufactured, model PT709 Slim, .380 caliber, semi-automatic pistol | TJP80822 |
| Ruger manufactured, model P95, 9mm caliber, semi-automatic pistol | 317-06069 |

| DESCRIPTION | SERIAL NO. |
|---|---|
| Beretta manufactured, model U22 Neos, .22 caliber, semi-automatic pistol | T67602 |
| HS Products manufactured, model XD9, 9mm caliber, semi-automatic pistol | GM754292 |
| Smith & Wesson manufactured, model M&P 40 Pro Series, .40 caliber, semi-automatic pistol | HRZ6013 |
| Smith & Wesson manufactured, model M&P 9 Shield, 9mm caliber, semi-automatic pistol | HRY3121 |
| Smith & Wesson manufactured, model M&P 40 Shield, .40 caliber, semi-automatic pistol | LFB6112 |
| Smith & Wesson manufactured, model 38, .38 caliber, revolver | 48528 |
| Taurus International manufactured, model PT111 G2, 9mm caliber, semi-automatic pistol | TKP17451 |
| Ruger manufactured, model LC9, 9mm caliber, semi-automatic pistol | 325-83108 |
| Smith & Wesson manufactured, model 915, 9mm caliber, semi-automatic pistol | TZT0626 |
| Smith & Wesson manufactured, model M&P 40, .40 caliber, semi-automatic pistol | HLA8399 |
| Smith & Wesson manufactured, model Bodyguard, .380 caliber, semi-automatic pistol | KCS7960 |
| Taurus International manufactured, model PT738 TCP, .380 caliber, semi-automatic pistol | 17357A |
| Sig-Sauer manufactured, model P290RS, .380 caliber, semi-automatic pistol | 26C052344 |
| Glock manufactured, model 42, .380 caliber, semi-automatic pistol | AASE172 |
| Smith & Wesson manufactured, model Bodyguard, .380 caliber, semi-automatic pistol | ECE7713 |

| DESCRIPTION | SERIAL NO. |
|---|---|
| Smith & Wesson manufactured, model M&P Shield, 9mm caliber, semi-automatic pistol | LFN7696 |
| Smith & Wesson manufactured, model 4044, .40 caliber, semi-automatic pistol | TVC2830 |
| Intratec manufactured, model Tec 22, .22 caliber, semi-automatic pistol | 076351 |
| Anderson MFG manufactured, model AM-15, multi-caliber, rifle | 18213913 |
| NR Davis and Son manufactured, 12-guage, shotgun | 6086 |
| Walther manufactured, model P22, .22 caliber, semi-automatic pistol | L123594 |
| Ruger manufactured, model AR-556, .556 caliber, rifle | 856-61733 |
| Palmetto Arms manufactured, model PA-15, multi-caliber, rifle | LW268610 |
| Palmetto Arms manufactured, model PA-15, multi-caliber, rifle | LW327269 |
| Glock manufactured, model 22, .40 caliber, semi-automatic pistol | KNV525 |
| Stephens manufactured, model 330, 12 gauge, shotgun | 100119E |
| All associated ammunition | N/A |
| 211 pieces of jewelry | N/A |
| $1,421 in United States currency | N/A |

Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DAVID M. DEVILLERS
United States Attorney

*/s/ S. Courter Shimeall*

S. COURTER SHIMEALL (OH 0090514)
BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorneys

5