# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 2:20-cr-99 |
| | : | JUDGE EDMUND A. SARGUS, JR. |
| v. | : | |
| DEMETRIUS E. BRAXTON, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

On September 16, 2020, the Court entered a Preliminary Order of Forfeiture (Doc. 28) in this case ordering Defendant Demetrius E. Braxton to forfeit the following subject property to the United States:

| DESCRIPTION | SERIAL NO. |
|---|---|
| a. HS Products manufactured, model XD 9, 9mm caliber, semi-automatic pistol | US966569 |
| b. NEF manufactured, model R73, .32 caliber, revolver | NF022260 |
| c. Israel Weapon manufactured, model Desert Eagle, .40 caliber, semi-automatic pistol | 107872 |
| d. Kel-Tec manufactured, model P3AT, .380 caliber, semi-automatic pistol | L3C69 |
| e. Smith & Wesson manufactured, model 59, 9mm caliber, semi-automatic pistol | A541924 |
| f. Jimenez Arms manufactured, model J.A. Nine, 9mm caliber, semi-automatic pistol | 411827 |
| g. Ruger manufactured, model SR40, .40 caliber, semi-automatic pistol | 342-60253 |
| h. Charles Daly manufactured, model 1911, .45 caliber, semi-automatic pistol | CD010116 |

| DESCRIPTION | SERIAL NO. |
|---|---|
| i. Taurus International manufactured, model PT709 Slim, .380 caliber, semi-automatic pistol | TJP80822 |
| j. Ruger manufactured, model P95, 9mm caliber, semi-automatic pistol | 317-06069 |
| k. Beretta manufactured, model U22 Neos, .22 caliber, semi-automatic pistol | T67602 |
| l. HS Products manufactured, model XD9, 9mm caliber, semi-automatic pistol | GM754292 |
| m. Smith & Wesson manufactured, model M&P 40 Pro Series, .40 caliber, semi-automatic pistol | HRZ6013 |
| n. Smith & Wesson manufactured, model M&P 9 Shield, 9mm caliber, semi-automatic pistol | HRY3121 |
| o. Smith & Wesson manufactured, model M&P 40 Shield, .40 caliber, semi-automatic pistol | LFB6112 |
| p. Smith & Wesson manufactured, model 38, .38 caliber, revolver | 48528 |
| q. Taurus International manufactured, model PT111 G2, 9mm caliber, semi-automatic pistol | TKP17451 |
| r. Ruger manufactured, model LC9, 9mm caliber, semi-automatic pistol | 325-83108 |
| s. Smith & Wesson manufactured, model 915, 9mm caliber, semi-automatic pistol | TZT0626 |
| t. Smith & Wesson manufactured, model M&P 40, .40 caliber, semi-automatic pistol | HLA8399 |
| u. Smith & Wesson manufactured, model Bodyguard, .380 caliber, semi-automatic pistol | KCS7960 |
| v. Taurus International manufactured, model PT738 TCP, .380 caliber, semi-automatic pistol | 17357A |

| DESCRIPTION | SERIAL NO. |
|---|---|
| w. Sig-Sauer manufactured, model P290RS, .380 caliber, semi-automatic pistol | 26C052344 |
| x. Glock manufactured, model 42, .380 caliber, semi-automatic pistol | AASE172 |
| y. Smith & Wesson manufactured, model Bodyguard, .380 caliber, semi-automatic pistol | ECE7713 |
| z. Smith & Wesson manufactured, model M&P Shield, 9mm caliber, semi-automatic pistol | LFN7696 |
| aa. Smith & Wesson manufactured, model 4044, .40 caliber, semi-automatic pistol | TVC2830 |
| bb. Intratec manufactured, model Tec 22, .22 caliber, semi-automatic pistol | 076351 |
| cc. Anderson MFG manufactured, model AM-15, multi-caliber, rifle | 18213913 |
| dd. NR Davis and Son manufactured, 12-guage, shotgun | 6086 |
| ee. Walther manufactured, model P22, .22 caliber, semi-automatic pistol | L123594 |
| ff. Ruger manufactured, model AR-556, .556 caliber, rifle | 856-61733 |
| gg. Palmetto Arms manufactured, model PA-15, multi-caliber, rifle | LW268610 |
| hh. Palmetto Arms manufactured, model PA-15, multi-caliber, rifle | LW327269 |
| ii. Glock manufactured, mode 22, .40 caliber, semi-automatic pistol | KNV525 |
| jj. Stephens manufactured, model 330, 12-gauge, shotgun | 100119E |
| kk. All associated ammunition | N/A |
| ll. One Thousand Four Hundred Twenty-One and 00/100 Dollars ($1,421.00) in United States currency | N/A |

The United States, having notified the Court that the Bureau of Alcohol, Tobacco, Firearms, and Explosives is able to address the forfeiture and/or disposal of this property without judicial forfeiture action or ancillary forfeiture hearings, has moved the Court to dismiss the Preliminary Order of Forfeiture.  (*See* Doc. 40.)

Based upon the United States' motion, and for good cause shown, the Preliminary Order of Forfeiture entered on September 16, 2020, at Document 28 is hereby dismissed.

**ORDERED** this 2nd day of March, 2021

    s/Edmund A. Sargus, Jr.
HONORABLE EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE